IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PT DIAGNOSTICS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-507 |
| | § | |
| UNITED TECHNOLOGIES CORP., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

SIGNED this 22nd day of August, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE